[No. 48723-3-II.   Division Two.   July 5, 2017.]

KITSAP COUNTY JUVENILE DETENTION OFFICERS' GUILD, *Respondent*, v. KITSAP COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-01259-0, Gary R. Tabor, J., entered April 1, 2016. *Reversed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J. Now published at 1 Wn. App. 2d 143.

[Nos. 49335-7-II; 49445-1-II.   Division Two.   July 5, 2017.]

SHARON LASKA ET AL., *Respondents*, v. MAOLEI ZHU ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Clallam County, No. 16-2-00260-1, Christopher Melly, J., entered June 27, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48446-3-II.   Division Two.   July 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERSON DELP-MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-8-00472-2, Scott A. Collier, J., entered December 23, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 32867-8-III.   Division Three.   July 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ANDRES RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-00975-4, Michael G. McCarthy, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.